CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08-cv-01413-RHK-JSM
# Internal Use Only

McBride v. Davol, Inc. et al
Assigned to: Judge Richard H. Kyle
Referred to: Magistrate Judge Janie S. Mayeron
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 05/22/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Tracey L. McBride** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Entered | # | Select all / clear | Docket Text |
|---|---|---|---|
| 05/22/2008 | 1 | ☐ | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 4-23989.) assigned to Judge Richard H. Kyle per Master referred to Magistrate Judge Jamie S. Mayeron, filed by Tracey L. McBride. (Attachments: # 1 Civil Cover Sheet) (VEM) (Entered: 05/22/2008) |
| 05/22/2008 | | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (VEM) (Entered: 05/22/2008) |
| 05/27/2008 | 2 | ☐ | REQUEST FOR WAIVER of Service sent to Ms. Sabina Downing, Attorney for Defendants (ckp.filings@crbard.com) on 5/27/2008 by Tracey L. McBride. Waiver of Service due by 6/27/2008. (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Attached Waiver of Service of Summons Form sent to Defendants, # 2 Certificate of Service)(Johnson, Charles) (Entered: 05/27/2008) |
| 06/16/2008 | 3 | ☐ | WAIVER OF SERVICE Returned Executed filed by Tracey L. McBride. Davol, Inc. waiver sent on 5/27/2008, answer due 7/28/2008; C.R. Bard, Inc. waiver sent on 5/27/2008, answer due 7/28/2008. (Johnson, Charles) (Entered: 06/16/2008) |
| 06/16/2008 | 4 | ☐ | CERTIFICATE OF SERVICE by Tracey L. McBride re 3 Waiver of Service Executed (Johnson, Charles) (Entered: 06/16/2008) |
| 07/22/2008 | 5 | ☐ | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-22) from the Judicial Panel on Multidistrict Litigation: the Panel transferred to the US District States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings. Assigned to the Honorable Mary M. Lisi. (VEM) (Entered: 07/22/2008) |

View Selected
or
Download Selected